**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 21, 2014**



Charles M. Caldwell
United States Bankruptcy Judge

_____

#### UNITED STATES BANKRUPTCY COURT
#### SOUTHERN DISTRICT COURT
#### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 13-56621 |
|    Matthew R. McCloskey | | |
|    Karen M. McCloskey | : | Chapter 13 |
| | | |
|    Debtor(s) | : | Judge Caldwell |

**ORDER OF DISMISSAL PURSUANT TO THE NOTICE OF DEFAULT (Doc. 47)**

Pursuant to the notice of the Chapter 13 Trustee, and for good cause shown, the Court hereby dismisses this proceeding for failure of the Debtor(s) to comply with the Local Bankruptcy Rule 4002-1(b).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

Approved and Entry Requested:

/s/  Jeffrey P. Norman
Jeffrey P. Norman, Esq.
Standing Chapter 13 Trustee
10 W. Broad St. Suite 900
Columbus, Ohio 43215
614 420 2555 telephone
614 420 2550 fax
jeff.norman@ch13columbus.com

###